FILED
CLERK, U.S. DISTRICT COURT
December 17, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

.3-SB-KES   Document 14   Filed 12/17/20   Page 1 of 1   Page ID #:62

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAY ROSENBERGER,<br><br>Plaintiff,<br><br>-vs-<br><br>ALLY FINANCIAL INC.; DOES 1-10 inclusive,<br><br>Defendant. | Case No.<br>**8:20-cv-01213-CJC-KES**<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties (Dkt. No. 13), this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: December 17, 2020

*[signature: SBC]*

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE